FILED

Nov 14   1 36 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| AJUDU ISMAILA ADAMU, ET ALS<br>Plaintiffs | : CIVIL ACTION NO. 02 CV 2104 (GLG) |
| VS. | : |
| PFIZER, INC.<br>Defendants | : NOVEMBER 12, 2003 |

### MOTION FOR EXTENSION OF TIME

The plaintiffs received defendant's Brief on October 27, 2003. Because of two jury trials in state court the first week in November, 2003 for which significant preparation is required, the plaintiffs are requesting extension beyond the twenty-one days, namely a continuance until November 26, 2003 to file a Reply Brief objecting to defendant's Motion for Transfer of Venue. All counsel assent to this extension.

Wherefore, for all these reasons taken singularly or in combination, the plaintiffs hereby move with the consent of the defendants for a further extension of time to file their Reply Brief until November 26, 2003.

Respectfully submitted,

ALTSCHULER & ALTSCHULER
FOR THE PLAINTIFFS

BY _____
Richard Altschuler
Federal Bar No.07212
509 Campbell Avenue
P.O. Box 606
West Haven, CT 06516
(203) 932-6464

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been mailed this 12th day of November, 2003, postage prepaid to all counsel of record as follows:

Edward R. Scofield, Esq. (ct 00455)
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Post Office Box 1740
Bridgeport, CT 06601-1740

Steven Glickstein (ct 15725)
James D. Herschlein (ct 24326)
Kaye Scholer LLP
425 Park Avenue
New York, New York  10022

Attorneys for Defendant Pfizer, Inc.

The Honorable Gerard L. Goettel
United States District Court
District of Connecticut
14 Cottage Place
Waterbury, CT 06702

_____
RICHARD ALTSCHULER