

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| AJUDU ISMAILA ADAMU, ET ALS<br>Plaintiffs | : CIVIL ACTION NO. 02 CV 2104 (GLG) |
| VS. | : |
| PFIZER, INC.<br>Defendants | : NOVEMBER 12, 2003 |

## MOTION FOR EXTENSION OF TIME

The plaintiffs received defendant's Brief on October 27, 2003. Because of two jury trials in state court the first week in November, 2003 for which significant preparation is required, the plaintiffs are requesting extension beyond the twenty-one days, namely a continuance until November 26, 2003 to file a Reply Brief objecting to defendant's Motion for Transfer of Venue. All counsel assent to this extension.

Wherefore, for all these reasons taken singularly or in combination, the plaintiffs hereby move with the consent of the defendants for a further extension of time to file their Reply Brief until November 26, 2003.

Motion GRANTED on consent.

Gerard L. Goettel, USDJ

LAW OFFICES ALTSCHULER & ALTSCHULER
509 CAMPBELL AVENUE, P.O. BOX 606, WEST HAVEN, CONNECTICUT 06516-0606 • (203) 932-6464, 932-1400 • JURIS NUMBER 100877