FILED

DEC 11  3 48 PM '03

U.S DISTRICT COURT
NEW HAVEN, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AJUDU ISMAILA ADAMU, ET ALS : CIVIL ACTION NO. 02 CV 2104 (GLG)
    Plaintiffs

VS. :

PFIZER, INC. : DECEMBER 10, 2003
    Defendants

## MOTION FOR PERMISSION TO FILE A SURREPLY TO THE DEFENDANT'S REPLY BRIEF RELATING TO THE DEFENDANT'S MOTION TO TRANSFER

The plaintiffs' had filed an objection to defendant's Motion to Transfer and now the defendant has filed a reply brief. The plaintiffs' would like to file a surreply because of the importance and potential affect of the Motion to Transfer. Plaintiffs' counsel on Sunday night immediately before his office received the reply brief injured his right knee which will require surgery as soon as the infection to said knee dissipates. Plaintiffs' counsel cannot drive before the surgery and will not be able to drive until six weeks after the surgery. This obviously will affect to a significant extent the undersign's workload. However the plaintiff hereby first moves for permission to file a surreply and respectfully requests the date of Wednesday, January 7, 2004 to file the same.

Respectfully submitted,

ALTSCHULER & ALTSCHULER
FOR THE PLAINTIFFS

BY _____
Richard Altschuler
Federal Bar No.07212
509 Campbell Avenue
P.O. Box 606
West Haven, CT 06516
(203) 932-6464

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been mailed this 10th day of December, 2003, postage prepaid to all counsel of record as follows:

Edward R. Scofield, Esq. (ct 00455)
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Post Office Box 1740
Bridgeport, CT 06601-1740

Steven Glickstein (ct 15725)
James D. Herschlein (ct 24326)
Kaye Scholer LLP
425 Park Avenue
New York, New York 10022

Attorneys for Defendant Pfizer, Inc.

The Honorable Gerard L. Goettel
United States District Court
District of Connecticut
14 Cottage Place
Waterbury, CT 06702

RICHARD ALTSCHULER