**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
```
-----------------------------------X
AJUDU ISMAILA ADAMU, et al.,       :
                                   :
        Plaintiff,                 :         ORDER
                                   :
    -against-                      :
                                   :         3: 02 CV 2104 (GLG)
PFIZER, INC.,                      :
                                   :
        Defendant.                 :
-----------------------------------X
```

Plaintiff's Motion to File a Surreply to Defendant's Reply Brief Relating to the Defendant's Motion to Transfer is **Granted**. The surreply is due January 7, 2004.

**SO ORDERED.**

**Dated:   December 29, 2003**
**         Waterbury, CT**                              /s/
                                               Gerard L. Goettel
                                                   U.S.D.J.