UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AJUDU ISMAILA ADAMU, ET ALS (GLG)<br>    Plaintiffs | : CIVIL ACTION NO. 02 CV 2104 |
| VS. | : |
| PFIZER, INC.<br>    Defendants | : DECEMBER 22, 2003 |

## PLAINTIFFS' REPLY TO DEFENDANT'S OBJECTION TO MOTION FOR PERMISSION TO FILE A SURREPLY MEMORANDUM

Plaintiffs' want to file a surreply memorandum in part because they believe the Defendant both inaccurately mischaracterized some of the cases that the Plaintiff cited in its reply memorandum and the Plaintiffs wants to critique several of the new cases cited by the Defendant in its reply memorandum.

The Defendant's second argument is illusory claiming that this court needs to decide the motion to transfer before a February 13, 2004 court date with Judge Pauley in New York. It appears as if Judge Pauley is only having a scheduling conference on February 13, 2004. Thus there are several reasons why that date is irrelevant to Plaintiffs' request to file a surreply; 1. On that date it only appears to be a scheduling conference. The Defendant indicates it is only "to determine the future course of the proceedings". Thus that in and of itself would not seem to require that our District Court in Connecticut decide the Motion to Transfer in advance of that date; 2. It obviously mean the New York case will not really be significantly progressing on that date itself; 3. By allowing the Plaintiffs to file a surreply and even file it by January 7, 2004 would still give this court a reasonable lead time to make a decision before the February 13, 2004 assuming

LAW OFFICES ALTSCHULER & ALTSCHULER
509 CAMPBELL AVENUE, P.O. BOX 606, WEST HAVEN, CONNECTICUT 06516-0606 • (203) 932-6464, 932-1400 • JURIS NUMBER 100877

arguendo that the decision needs to be made by that date. If necessary it is conceivable the Plaintiff could file a reply by December 31, 2003 although counsel's scheduled surgery is still being delayed by an issue of an infection and a potential blood clot. As of this undersigned writing but unable to sign this Reply to Defendant' Objection, the undersigned has already drafted a surreply which should be under ten pages. Although I now had the surgery today, December 22nd it is possible that I could get to the office edit it and file it earlier than January 7, 2004. However, because I am in the hospital at this moment I could not sign this Plaintiffs' reply to defendant's objection. However I want the court to be aware that I could file this surreply in a timely fashion.

Respectfully submitted,

                                                ALTSCHULER & ALTSCHULER
                                                FOR THE PLAINTIFFS

BY _____
        Richard Altschuler
        Federal Bar No.07212
        509 Campbell Avenue
        P.O. Box 606
        West Haven, CT 06516
        (203) 932-6464

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been mailed this 22nd day of December, 2003, January 2004, postage prepaid to all counsel of record as follows:

Edward R. Scofield, Esq. (ct 00455)
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Post Office Box 1740
Bridgeport, CT 06601-1740

Steven Glickstein (ct 15725)
James D. Herschlein (ct 24326)
Kaye Scholer LLP
425 Park Avenue
New York, New York  10022

Attorneys for Defendant Pfizer, Inc.

The Honorable Gerard L. Goettel
United States District Court
District of Connecticut
14 Cottage Place
Waterbury, CT 06702


RICHARD ALTSCHULER