
**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-----------------------------------------------------------x
AJUDU ISMAILA ADAMU,

                              Plaintiff,     :    No. 02 CV 2104 (GLG)

v.

PFIZER INC.,

                             Defendant.    :    October 24, 2003

-----------------------------------------------------------x

## MOTION FOR TRANSFER OF VENUE

Pursuant to 28 U.S.C. § 1404(a), defendant Pfizer Inc. ("Pfizer") hereby moves that venue be transferred to the Southern District of New York. In support of this Motion, Pfizer submits the Affirmation of James D. Herschlein, attached at Tab 1. The grounds for the motion are more fully set forth in the accompanying Memorandum of Law.

                                                        By: _____
                                                               James D. Herschlein (ct24326)

*Of Counsel*:                                 Steven Glickstein (ct15725)
                                                 James Herschlein (ct24326)
                                                 Kaye Scholer LLP
Edward Scofield                      425 Park Avenue
Zeldes, Needle & Cooper, P.C.       New York, New York 10022-3598
1000 Lafayette Blvd., Suite 500      (212) 836-8000
Bridgeport, CT 06604
(203) 333-9441                       *Attorneys for Defendant Pfizer Inc.*
Fax: (203) 333-1489
e-mail: escofield@znclaw.com

30742033.WPD

*[Handwritten annotations in left margin:]* Motion GRANTED, in the interest of justice and for the convenience of the parties and witnesses. Gerard L. Goettel, USDJ