ORIGINAL

16

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------x
AJUDU ISMAILA ADAMU, ET AL          :

              Plaintiffs,                        :

V.                                                          :          NO. 02CV2104 (GLG)

PFIZER INC.,                                          :

              Defendant.                       :
-----------------------------------------------------x          March 5, 2003

## MOTION TO STAY PROCEEDING

Defendant Pfizer Inc. ("Pfizer") hereby moves to stay this proceeding pending resolution of the Second Circuit appeal in *Abdullahi v. Pfizer Inc.* (Court of Appeals Docket Nos. 02-9223, 02-9303) on grounds that *Abdullahi* arises from identical facts and will resolve controlling legal issues.

A memorandum of law has been filed in support of this motion.

                                                        Edward R. Scofield (ct00455)

                                                     Zeldes, Needle & Cooper, P.C.
                                                     1000 Lafayette Blvd., Suite 500
                                                     Bridgeport, CT 06604
                                                     (203) 333-9441
                                                     Fax: (203) 333-1489
                                                     e-mail: escofield@znclaw.com

                                                     Attorney for Defendant Pfizer Inc

Of Counsel:

Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
(212) 836-8000

---

*Handwritten annotations in margin:*

Motion DENIED. The Court of Appeals has had over a year to decide the relative case.

Gerard L. Goettel, USDJ