**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
141 CHURCH STREET
NEW HAVEN, CT 06510

KEVIN F. ROWE
CLERK

TEL. NO. 773-2140
(AREA CODE 203)

FILED

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

MAR 3    3 17 PM '04

LORI IN FERRERA
DEPUTY-IN-CHARGE
NEW HAVEN

U.S DISTRICT COURT
NEW HAVEN, CONN.

February 10, 2004

Re: Adamu, et al -v- Pfizer Inc.,
    3:02cv2104 GLG-

James M. Parkison
Clerk of Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 1007-1312

Attention Intake:

Dear Sir;

Enclosed is the original file in 3 parts, documents 1-35, certified copy of the endorsement order
of transfer which is document # 23 and 34, and a certified copy of docket entries in the above
entitled case which has been transferred to your court.

Kindly acknowledge receipt of same on the copy of this notice and return it in the envelope
provided. Thank you for your consideration.

Kevin F. Rowe, Clerk

By:_____
     S. Brown, Deputy Clerk

Enc/

This acknowledges receipt of this case file and certified copies of the order and docket entries.
Case received in this District on:_____

Newly assigned case number:_____

This case was received by:_____

**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

J. Michael McMahon                                    *Date:  2/25/04*
Clerk of Court


Adamu

-v-

Pfizer, Inc.


S.D.N.Y.  Case #:     1:04-cv-1351   (UA)

Assigned To: **Unassigned**


Dear Sir/Madam:

    This is to advise you that the above-entitled case has been transmitted to this Court by the Clerk of the Southern District of Connecticut (transferring court case #3:02-cv-2104) and filed on 2/18/04.

    All future documents submitted in this case are to be presented in the Clerk's Office of the Southern District for filing and shall bear the above-caption with the assigned judge's initials after the case number.

Yours truly,

**J. Michael McMahon**

By:   G. Fusco
Deputy

cc:   Attorneys of Record

CASE TRANSFERRED IN FORM